UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RHONDA TURNER,<br><br>           Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  05-CV-0129-MWL<br><br>ORDER GRANTING JOINT<br>MOTION FOR REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 20).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 4).  After considering the stipulation,

    **IT IS ORDERED** that this case be remanded to the Commissioner of Social Security for calculation of benefits, based on an application date of November 17, 2000, an alleged onset date of July 28, 1992, and a date last insured of June 30, 1998, under Title II of the Social Security Act.  Payment of benefits is subject to the restrictions set forth in 20 C.F.R. § 404.315. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER RE: STIPULATED REMAND - 1

**IT IS FURTHER ORDERED:**

1. The parties Joint Motion to Remand (**Ct. Rec. 20**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

DATED this 16th day of December 2005.

S/ Michael W. Leavitt
MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE